870

No. 81–5059.  STEWART *v.* OREGON.   Ct. App. Ore. Certiorari denied.

No. 81–5061.  PASCU ET AL. *v.* SCHUIERER.   C. A. 2d Cir.  Certiorari denied.

No. 81–5063.  LUSANE *v.* OHIO.   Sup. Ct. Ohio.  Certiorari denied.

No. 81–5064.  JOHNSON *v.* UNITED STATES SECRET SERVICE.  C. A. 2d Cir.   Certiorari denied.

No. 81–5065.  DYBEL *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–5067.  CHAKA *v.* FRANZEN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 81–5070.  RODRIGUEZ *v.* UNITED STATES.   C. A. 9th Cir.  Certiorari denied.

No. 81–5072.  LANG ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–5074.  ROTH *v.* IOWA.   Sup. Ct. Iowa.  Certiorari denied.

No. 81–5077.  JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.  Certiorari denied.

No. 81–5078.  BURNSIDE *v.* WYRICK, WARDEN.   C. A. 8th Cir.  Certiorari denied.

No. 81–5083.  WILSON *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 81–5084.  BEAZLEY *v.* STATE BAR OF GEORGIA ET AL. Sup. Ct. Ga.  Certiorari denied.

No. 81–5087.  EDWARDS *v.* TURNER.   C. A. 4th Cir. Certiorari denied.